**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEWYORK**

In re   Paul Amelio            Case No. 15-12510 jlg
                               Chapter 13

   Debtor.

### MOTION TO STRIKE, AS UNTIMELY, RESPONSE TO DEBTOR'S MOTION TO STAY CONVERSION TO CHAPTER 11 PENDING APPEAL AND REQUEST FOR ADJOURNMENT OF HEARING SCHEDULED FOR AUGUST 24, 2017

Comes Now the Debtor, Paul Amelio, Pro Se, and hereby requests the Court to Grant this Motion to Strike, As Untimely, Response to Debtor's Motion to Stay Conversion to Chapter 11 Pending Appeal and Request for Adjournment of Hearing Scheduled for August 24, 2017 and states the following:

1. Debtor, Paul A. Amelio filed a voluntary bankruptcy case under Chapter 13 of title 11 of the United States Code On September 9, 2015. The case was docketed as Case Number 15-12510.

2. On March 15, 2016, the Debtor filed an objection to Claim #7 filed by Wells Fargo challenging alleged creditor's standing.

3. On July 25, 2017, the Court issued an Order Denying the Debtor's Claim and allowing Wells Fargo's claim in full.

4. On August 8, 2017, Debtor timely filed a Notice of Appeal of the July 25, 2017 Order and a Motion for Stay pending his Appeal.

5. On August 8, 2017, the Court issued an order scheduling hearing Debtor's motion on August 24, 2017 at 10:00 AM with responses due by August 17, 2017, seven (7) days prior to hearing date.

6. On August 17, 2017, the alleged creditor filed untimely Response to Debtor's Motion at 16:02 PM and less than seven (7) days prior to hearing date, which Debtor did not receive on Pacer until late Friday, August 18, 2017.

7. Wells Fargo Bank, N.A. violated the court's order by not filing their response timely, seven (7) days prior to scheduled hearing, pursuant to the Rules of Court.

8. This Motion to Strike and Request for Adjournment is not intended to delay matters and will not harm the alleged creditor.

**WHEREFORE**, the Debtor requests this Court to Grant this Motion to Strike, As Untimely, Response to Debtor's Motion to Stay Conversion to Chapter 11 Pending Appeal and Request Adjournment of Hearing Scheduled for August 24, 2017 to a new hearing date on or after September 7, 2017 at 10:00 am, or at the Court's discretion, so Debtor can provide timely and adequate Reply to the alleged creditor's opposition to Debtor's Motion for Stay Pending Appeal.

Respectfully Submitted,    /s/ Paul Amelio        August 21, 2017
Paul Amelio, Debtor Pro Se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEWYORK

---

In re   Paul Amelio                          Case No. 15-12510 jlg
                                             Chapter 13
        Debtor.

---

## CERTIFICATE OF SERVICE

I hereby certify that on, **August 21, 2017** a copy of

**MOTION TO STRIKE, AS UNTIMELY, RESPONSE TO DEBTOR'S MOTION TO STAY CONVERSION TO CHAPTER 11 PENDING APPEAL AND REQUEST FOR ADJOURNMENT OF HEARING SCHEDULED FOR AUGUST 24, 2017**

was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors on the attached creditor list below.

Respectfully Submitted,    */s/ Paul Amelio*       August 21, 2017
                           Paul Amelio, Debtor Pro Se

Via Electronically
Jeffrey L. Sapir, Esq.
399 Knollwood Road
Suite 102
White Plains, NY 10603

Via USPS
Robert W. Griswold
Sharpiro, Dicaro & Barak, LLC
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747

United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014